IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEGGY DIAZ, INDIVIDUALLY AND ON BEHALF OF ALL SIMILARLY SITUATED<br>*Plaintiffs*<br><br>v.<br><br>ENCORE RECEIVABLE MANAGEMENT, INC., et al.<br>*Defendants* | CIVIL ACTION<br><br>NO. 16-866 |

# ORDER

**AND NOW,** this 17th day of May 2016, upon notification that the issues between Plaintiffs and Defendants have been settled, it is hereby **ORDERED** that all claims against said Defendants are DISMISSED with prejudice, pursuant to the agreement of the parties. To conform to Local Rule of Civil Procedure 41.1(b), the Clerk of Court is directed to enter this Order and to mark this case closed.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO, J.**
*Judge, United States District Court*